**Irene LUCERO, Appellant,**

v.

**Thomas W. DONOVAN et al., Appellees.**

**No. 17676.**

United States Court of Appeals
Ninth Circuit.

April 5, 1962.

Fred Okrand, Los Angeles, Cal., for appellant.

Roger Arnebergh, City Atty. and William B. Burge, Deputy City Atty., Los Angeles, Cal., for appellees.

Before ORR, HAMLEY and BROWNING, Circuit Judges.

PER CURIAM.

The Judgment is reversed and the cause is remanded to the district court for further consideration in the light of the decision of this court in Cohen v. Norris, 300 F.2d 24, decided subsequent to the entry of judgment herein.

**John P. KENNEDY,**

v.

**PENNSYLVANIA RAILROAD COMPANY, Defendant and Third-Party Plaintiff, Appellee,**

v.

**UNITED STATES STEEL CORPORATION, Third-Party Defendant, Appellant.**

**No. 13761.**

United States Court of Appeals
Third Circuit.

Argued March 6, 1962.

Decided March 22, 1962.

Ira R. Hill, Pittsburgh, Pa. (Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for appellant.

Bruce R. Martin, Pittsburgh, Pa. (Pringle, Bredin & Martin, Pittsburgh, Pa., on the brief), for appellee.

Before STALEY, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

This cause was heretofore before this Court on an appeal from a judgment entered in a third-party action. The judgment was reversed and the cause was remanded for a new trial. Kennedy v. Pennsylvania Railroad Company, 3 Cir., 282 F.2d 705. The present appeal is from the judgment entered upon the special verdict returned by the jury in the second trial. We have carefully considered the grounds upon which the judgment is challenged, and upon review of the entire record we find no error.

The judgment of the District Court will be affirmed.

**UNITED STATES of America, Appellee,**

v.

**Alpheus HOLIDAY, Appellant.**

**No. 308, Docket 27332.**

United States Court of Appeals
Second Circuit.

Argued April 6, 1962.

Decided April 6, 1962.

Louis Kaye, New York City, for appellant.

Grenville Garside, Asst. U. S. Atty., S.D.N.Y., New York City (Robert M. Morgenthau, U. S. Atty., and Arthur I. Rosett, Asst. U. S. Atty., New York City, on the brief), for appellee.

Before CLARK and FRIENDLY, Circuit Judges, and ANDERSON, District Judge.

PER CURIAM.

Affirmed in open court.